McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
MATTHEW D. SEGAL
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE RESIDENCE OF<br>LAWRENCE SAMBADO | ) CASE NOS. SW 04-316<br>)<br>)<br>) UNSEALING MOTION AND ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

The United States requests that the Application and Affidavit for Search Warrant in the above-captioned case be unsealed.  There is no longer any law enforcement purpose to maintaining the seal.

                                          Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: April 10, 2007      By: /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney

**IT IS SO ORDERED**.

DATED: April 10, 2007.

                                          _/s/ Dale A. Drozd_
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sambado0316.ord